**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARENT FOX PLLC, | ) |
|          Plaintiff, | ) |
|      v. | ) Civil Action No. |
| FINNAREN & HALEY, INC., | ) |
|          Defendant. | ) |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Plaintiff Arent Fox PLLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Arent Fox which have outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                                         /s/ Gary C. Tepper
                                           Gary C. Tepper (D.C. Bar No. 348698)
                                           ARENT FOX PLLC
                                           1050 Connecticut Avenue, N.W.
                                           Washington, DC  20036-5339
                                           (202) 857-6000

                                             Attorneys for Plaintiff
                                             Arent Fox PLLC

Dated: December 16, 2005

LDR/164759.1