AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/20/05 @ 12:20 pm |
| NAME OF SERVER *(PRINT)* Michael D. Talone | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): By serving Keith Woodbury, Sales Manager, authorized to accept. Service was complete at 2320 Haverford Road, Ardmore, PA 19003.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12-20-05
               Date

*Signature of Server*

Address of Server:
CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

\* Certificate Required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Columbia

ARENT FOX PLLC,

   Plaintiff,

    V.

FINNAREN & HALEY, INC.,

   Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV02423

JUDGE: Ellen Segal Huvelle

DECK TYPE: Contract

DATE STAMP: 12/16/2005

TO: (Name and address of Defendant)

FINNAREN & HALEY, INC.
2320 Haverford Road
Ardmore, PA 19003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary C. Tepper
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339

an answer to the complaint which is served on you with this summons, within 20 __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK

*[signature]*

(BY) DEPUTY CLERK

DEC 1 6 2005

DATE

2002 © American LegalNet, Inc.