UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARENT FOX PLLC,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 05-2423 |
| : | (ESH) |
| **FINNAREN & HALEY, INC.,** : | |
| : | |
| **Defendant.** : | |
| : | |

### ORDER

While proof of service of process in this case was accomplished on December 20, 2005, plaintiff has done nothing further to prosecute this case. Accordingly, it is this 23rd day of March, 2006, hereby

**ORDERED** that by no later than April 7, 2006, plaintiff shall cause default to be entered and apply for entry of judgment thereon, or show cause why a motion for entry of default has not been filed. If plaintiff fails to do either, the complaint will be dismissed without prejudice for failure to prosecute. *See* LCvR 83.23.

                                                              s/
                                         ELLEN SEGAL HUVELLE
                                         United States District Judge