UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARENT FOX PLLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:05-cv-2423-ESH |
| FINNAREN & HALEY, INC., | ) ) ) |
| Defendant. | ) ) |

### PLAINTIFF'S OF NOTICE OF DISMISSAL

Plaintiff Arent Fox PLLC ("Arent Fox") requests that the Court dismiss this action without prejudice pursuant to Rule 41(a)(i), Fed. R. Civ. P.

           /s/ Gary C. Tepper
Gary C. Tepper, Bar No. 348698
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202-857-6000

Dated: February 27, 2006    Attorneys for Plaintiff Arent Fox PLLC

LDR/169788.1